IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PAMELA WEHUNT                                                                          PLAINTIFF

v.                                    Case No. 6:16-cv-6065

NANCY BERRYHILL,                                                                       DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

Plaintiff, Pamela Wehunt, appealed the Commissioner's denial of benefits to this court. On January 12, 2017, the court remanded Plaintiff's case to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) for further proceedings. ECF No. 18. On February 9, 2018 the ALJ issued a fully favorable decision finding Plaintiff entitled to benefits. ECF No. 20-1. Defendant now moves to reinstate this matter and dismiss the case. ECF No. 20.

When a court remands a case pursuant to sentence six and retains jurisdiction pending completion of the administrative proceedings, entry of a final judgment is delayed until after the post-remand agency proceedings have been completed and the agency's results have been filed with the court. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993). As all proceedings on remand have been completed and an administrative decision fully favorable to Plaintiff has been issued, Plaintiff is entitled to the entry of judgment in her favor.

Accordingly, Defendant's Unopposed Motion to Reinstate and Dismiss (ECF No. 20) is **GRANTED**. I hereby affirm the fully favorable decision of the Commissioner and dismiss Plaintiff's complaint.

**IT IS SO ORDERED AND ADJUDGED** this **29th day of March 2018.**

        /s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S.  MAGISTRATE JUDGE